IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CLAUDE M. REDD, III, et al., Plaintiffs, v. THE UNITED STATES, Defendant. | Case No. 07-718C (Judge Christine O.C. Miller) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Shalom Brilliant, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Shalom Brilliant
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 7036
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Shalom Brilliant
Shalom Brilliant
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Phone: (202) 616-8275
Fax: (202) 305-7643
Email:Shalom.Brilliant@usdoj.gov

Dated: November 5, 2007

CERTIFICATE OF FILING

I hereby certify that on this 5th day of November, 2007, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Shalom Brilliant