# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CLAUDE M. REDD, III, *et al.*,** *

Plaintiffs, *

v. * No. 07-718C

**THE UNITED STATES**, * (Filed Feb. 5, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Further to the Joint Preliminary Status Report filed on January 25, 2008, and pursuant to Appendix A of the Rules of the United States Court of Federal Claims, the court has determined that further discussion of the matters presented in the Joint Preliminary Status Report would not be useful as this time. See RCFC App. A ¶ 7. Accordingly,

**IT IS ORDERED**, as follows:

1. Pursuant to RCFC 42(c), at the parties' request, trial is limited to the issues of law and fact relating to plaintiffs' right to recover, reserving the amount of recovery, if any, subject to further proceedings.

2. By May 23, 2008, the parties shall complete all discovery relating to the claim to compensation for driving a Government-owned vehicle from home to work and work to home.

3. The parties shall file a Joint Status Report by June 16, 2008, proposing a schedule for further proceedings to resolve all the issues that have not been settled.

s/ Christine O.C. Miller
_______________________________________
**Christine Odell Cook Miller**
Judge