# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CLAUDE M. REDD, III, *et al.*,** *

Plaintiffs, *

v. * No. 07-718C

**THE UNITED STATES**, * (Filed June 17, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Further to the Joint Status Report filed on June 16, 2008,

**IT IS ORDERED**, as follows:

1. Defendant shall file its dispositive motion concerning the home-to-work driving claims by July 11, 2008. Further briefing by rule.

2. By August 18, 2008, the parties shall file a Joint Status Report concerning their progress in calculating back pay as a basis for resolving plaintiffs' other claims.

s/ Christine O.C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge